**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ORLANDO TURCIOS, aka Orlando
Arauz, Orlando Salcedo,
                    *Petitioner,*

            v.

ERIC H. HOLDER JR., Attorney
General,
                    *Respondent.*

No. 05-72258

Agency No.
A018-473-869

ORDER

Filed June 10, 2010

Before: Eugene E. Siler, Jr.,* Andrew J. Kleinfeld and
        Milan D. Smith, Jr., Circuit Judges.

---

## ORDER

The opinion filed on September 29, 2009, and appearing at 582 F.3d 1075 (9th Cir. 2009), is withdrawn. A new opinion will be filed at a later date.

The petition for rehearing en banc is denied as moot.

---

*The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

8483